Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD S. GORDON<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC<br><br>Defendant | Case No. 2:19-cv-00102-JCM-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

CLARK HILL PLLC

_____
JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 012503
3800 Howard Hughes Pkwy., # 500
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED May 10, 2019.

_____
UNITED STATES DISTRICT JUDGE